JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: November 17, 2010

Check No. 2015423

Check Amount: $369.24

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-43860-R | 00030 | JUDY A. GIBSON | 10 | XXXXX8808 | 17.81 | 0.00 | 17.81 |
| | | Original check written to: QUIK PAYDAY LOANS PMB 327 41 EAST 400 NORTH LOGAN, UT 84321-4020 | | | | | |
| 05-44787-R | 00028 | ROBERT KIETH & LAURIE M. HARPER | 4 | XXXXX8418 | 17.01 | 0.00 | 17.01 |
| | | Original check written to: QUIK PAYDAY LOANS PMB 327 41 EAST 400 NORTH LOGAN, UT 84321-4020 | | | | | |
| 05-50267-R | 00015 | CAROL JEAN WRIGHT | 3 | 6578 | 29.50 | 0.00 | 29.50 |
| | | Original check written to: QUIK PAYDAY LOANS PMB 327 41 EAST 400 NORTH LOGAN, UT 84321-4020 | | | | | |
| 07-40177-R | 00033 | DONNA SPRING HOUSTON | 7 | XXXXX8395 | 200.12 | 0.00 | 200.12 |
| | | Original check written to: TEXANS CREDIT UNION BLALACK & WILLIAMS PC 5550 LBJ FREEWAY SUITE 400 DALLAS, TX 75240 | | | | | |
| 07-50198-R | 00005 | CHRISTOPHER & TERA HOLDER | 13 | XXXXX2353 | 38.11 | 44.00 | 82.11 |
| | | Original check written to: BOWIE CAD C/O MCCREARY, ET AL 700 JEFFREY WAY, SUITE 100 P. O. BOX 1269 ROUND ROCK, TX 78680 | | | | | |
| 08-50074-R | 00018 | RONALD R. & REBECCA G. DRIVER | 5 | XXXXX5000 | 17.03 | 5.66 | 22.69 |
| | | Original check written to: BOWIE CAD C/O MCCREARY, VESELKA, BRAGG & ALLEN 700 JEFFREY WAY, SUITE 100 P. O. BOX 1269 ROUND ROCK, TX 78680 | | | | | |
| | | **TOTALS** | | | $319.58 | **$49.66** | **$369.24** |